IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

BRYCE CRAWFORD and KA CRAWFORD,

        Plaintiffs,

v.

AMERICAN HOME MORTGAGE SERVICING, INC., CITIRESIDENTIAL LENDING, INC., NATIONWIDE TITLE CLEARING, INC., MOSS CODILIS L.L.P. and DEUTSCHE BANK NATIONAL TRUST COMPANY,

        Defendants.

Case No. 10-cv-198-wmc

---

### JUGDMENT

    This action came for consideration before the court, District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants CitiResidential Lending, Inc. and Nationwide Title Clearing, Inc. granting their motion to dismiss, and in favor of the remaining defendants granting their motion for summary judgment in part and dismissing Counts II, IV-X and XII of the complaint.

    IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered in favor of plaintiffs granting their motion for summary judgment as to Count I of the complaint. Plaintiffs are awarded specific performance of the terms of their Loan Modification Agreement with defendants American Home Mortgage Servicing, Inc. and Deutsche Bank National Trust Company provided they begin making monthly payments of principal and interest of $889.39 on June 1, 2012 and complete the payments called for under the original amortization schedule each month thereafter until the remaining amount of principal and interest due equals the escrowed payments of $5,557.56. Defendants may retain the original escrowed payments under the Loan Modification Agreement to be applied as set forth above.

Approved as to form this 20th day of March, 2012.

_/s/ William M. Conley_
William M. Conley
District Judge

_/s/ Peter Oppeneer_                          3/22/12
Peter Oppeneer                                Date
Clerk of Court